IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH M. GORMAN,<br>**Plaintiff,** | CIVIL ACTION |
| v. | |
| ACTEON NETWORKS, LLC,<br>**Defendant.** | NO. 19-5818 |

# O R D E R

**AND NOW**, this 26th day of May, 2021, upon consideration of Defendant Acteon Networks, LLC's Motion for Summary Judgment (Document No. 31, filed April 2, 2021), Plaintiff, Elizabeth Gorman's Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 40, filed May 5, 2021), and the Reply Brief in Further Support of Defendant, Acteon Networks, LLC's Motion for Summary Judgment (Document No. 44, filed May 14, 2021), for the reasons stated in the Memorandum dated May 26, 2021, **IT IS ORDERED** that Defendant Acteon Networks, LLC's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** to the extent it seeks summary judgment with respect to plaintiff's claims under the ADEA and COBRA. The Motion is **DENIED** to the extent it seeks summary judgment with respect to plaintiff's disability discrimination claim under the ADA and retaliation claim under Pennsylvania common law.

**IT IS FURTHER ORDERED** that the Court will conduct a conference for the purpose of scheduling further proceedings in due course.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**